AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL RAY KING<br><br>*Defendant(s)* | Case No.<br><br>3:21-mj-1496-MCR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2021__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2) | knowing possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Daniel Moxley, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/18/2021

_____
*Judge's signature*

City and state: Jacksonville, Florida

Monte C. Richardson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations involving, among other criminal offenses, the sexual exploitation of children. Prior to becoming a Special Agent, I served as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years. I hold Bachelor's Degrees in Economics and Political Science. I have also received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, and have assisted in the prosecution of cases involving these offenses. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the solicitation, production, receipt, distribution, possession of, and access with intent to view images and videos depicting the sexual exploitation of children. I have also been involved in searches of residences relating to the solicitation, production, receipt, distribution, possession of, and access with intent to view child pornography during the execution of search warrants.

2. Specifically, I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b). As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that MICHAEL RAY KING has committed a violation of 18 U.S.C. § 2252(a)(4)(B), that is, knowing possession of visual depiction of minors engaged in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against MICHAEL RAY KING, that is, on or about November 18, 2021, in the Middle District of Florida, MICHAEL RAY KING did knowingly possess a matter, that is, a Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, which contained visual depictions that had been produced using

2

materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of which depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

5. On November 17, 2021, FBI Special Agent Marisa Cowdry applied for and obtained a federal search warrant for the premises located at 6979 Huntington Woods Circle West, Jacksonville, Florida 32244. I have reviewed the affidavit in support of the application for this search warrant and I am familiar with the facts contained therein. This warrant authorized the search of the residence located at 6979 Huntington Woods Circle West, Jacksonville, Florida 32244, the residence of MICHAEL RAY KING, for fruits, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252 and 2252A, that is, distribution, receipt, and possession of child pornography. This search warrant was issued by United States Magistrate Judge Monte C. Richardson in Case No. 3:21-mj-1495-MCR.

6. On November 18, 2021, I, together with other FBI agents and personnel and law enforcement officers, executed this federal search warrant at the residence located at 6979 Huntington Woods Circle West, Jacksonville, Florida 32244. After securing the residence, I approached KING for a possible interview. KING agreed to talk to me and FBI Special Agent Leigh Jackson in an interview inside my

3

government vehicle which was parked outside the residence. This interview was recorded on audio. I introduced myself to KING as a Special Agent for the FBI and presented my badge and credentials. I informed KING that he was not under arrest and speaking to me was completely voluntary. I informed KING that a search warrant was being executed at his residence. KING confirmed his name was "Michael Ray King", his date of birth is 04/XX/1980, and his physical address was 6979 Huntington Woods Circle West, Jacksonville, Florida 32244. KING also told me he was not under the influence of any drugs or intoxicants and that he reads, writes, and understands English. After being advised of his constitutional rights, KING acknowledged those rights, waived those rights, and agreed to speak with us. During his interview, KING stated in substance, and among other things, the following:

    a. KING has lived at the residence for approximately three years and has had Comcast Internet the entire time, which is in his name. The Internet is password-protected and KING, his wife, children, neighbors, and anyone who visits the residence knows the password and KING connects to the WIFI at his residence.

    b. KING is technically proficient with computers and considers himself an above-average computer user. KING has built computers and is proficient in understanding computer software. KING primarily uses the Chrome browser to access the Internet but also knows about the "dark web" and has accessed

4

it through The Onion Router (TOR). KING knows what Freenet is and downloaded it "a couple years ago" but did not understand it and no longer uses it.

      c.      KING uses Facebook, Instagram, Snapchat, Kik, Twitter, Discord, among other social media applications.

      d.      KING uses his Samsung cellular phone and his HP laptop to access the Internet. KING is unsure if his wife knows his cellular phone password but she does not have a reason to use it. The password to KING's HP laptop is the same as his cellular phone but he believes he is the only person who uses the laptop.

      e.      KING could not recall specifically when he last used his Kik account believes it was "a couple weeks ago." KING is only in one group on Kik but he in unsure of the name of the group. KING's purpose for being on Kik is to trade adult pornography. KING does not use the private message feature on Kik. KING has observed child pornography in Kik groups but KING stated "that's not what I'm looking for" and that "I move on, I don't look for that."

7.      At this point, a break in the interview occurred. KING was advised that he was able to leave the premises if he wished but was not allowed to go back into the residence until the execution of the search warrant was completed. KING

opted to sit in the front yard of his residence and SA Jackson provided him with a chair.

8. Also on November 18, 2021 and while at KING's residence, FBI Task Force Officer Brian Rothermel, who participated in the search of KING's residence, advised me that he located a Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, connected to an Alienware mini personal computer, among other items, on the TV console in the living room of KING's residence. I advised TFO Rothermel to provide these items to FBI Forensic Examiner Special Agent Robert Mccallum and FBI Forensic Examiner Christina Polidan to conduct an onsite preview of the hard drive.

9. FBI Forensic Examiner Christina Polidan, who participated in the search of KING's residence and computer media, advised me that while on scene conducting an onsite preview of KING's Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, FE Polidan located an image file titled "beast.jpg", which was in a subfolder titled "New folder" contained within a folder titled "mega". I viewed the image file titled "beast.jpg", which is described below:

FILENAME: beast.jpg

DESCRIPTION: A color image of a prepubescent female, based on her child-like facial features, who is looking into the camera while what appears

6

to be an animal's penis is in her mouth. The child appears to be sitting with her legs crossed. Based on my training and experience, as well as the information set forth above and below, I have probable cause to believe that this image depicts a minor engaged in sexually explicit conduct, that is, oral-genital sexual intercourse with an animal, that is, bestiality involving a minor, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

10. Also on November 18, 2021, while conducting an onsite preview of KING's Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, FE Polidan located a video file titled "Fucking … [redacted]… Daughter.mp4" which was in a subfolder titled "New folder" contained within a folder titled "mega". I reviewed the video file titled "Fucking … [redacted]… Daughter.mp4", which is described below:

>FILENAME: Fucking … [redacted]… Daughter.mp4

>DESCRIPTION: A color video, approximately two minutes and six seconds in length, of a fully nude minor female, based on the child's lack of significant breast development, child-sized body, and child-like facial features, laying on her back on what appears to be a bed. An adult male is seen consistently penetrating the child's vagina throughout the duration of the video. Based on my training and experience, as well as the information set forth above and below, I have probable cause to believe that this video depicts a minor engaged in sexually explicit

conduct with an adult male, that is, genital-genital sexual intercourse, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

11.   Also on November 18, 2021, while conducting an onsite preview of KING's Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, FE Polidan located an image file titled "1703-1.jpg" which was in a subfolder titled "New folder" contained within a folder titled "mega". I reviewed the image file titled "1703-1.jpg", which is described below:

>FILENAME: 1703-1.jpg
>
>DESCRIPTION: A color image of a collage of at least 12 photos that appear to be taken from a video, several of which photos depict a fully nude prepubescent minor, based on the child's absence of any breast development, child-sized torso and limbs, and complete absence of visible pubic hair, lying on her back with her legs spread, fully exposing her genitalia, making it the focal point of the images. A dog is seen with its mouth on or near the child's genitalia in these photos. Based on my training and experience, as well as the information set forth above, I have probable cause to believe that this collage of images depicts at least one prepubescent minor engaged in sexually explicit conduct, that is, the lascivious exhibition of her genitalia and bestiality, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

12. Also on November 18, 2021, I observed FE Polidan conducting an onsite preview of KING's Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, and observed the titles of several files that indicative of containing child pornography, which included the titles "11y Girl & 14y ... [redacted].mp4", "9yo J ... [redacted] ... pedo youn.JPG", and "12yo ... [redacted] ... on cam.avi".

13. Also on November 18, 2021, FBI Special Agent Jonathan Macdonald spoke to A. B., KING's spouse.  SA Macdonald advised me that he showed A. B. a picture of the Alienware mini personal computer and Seagate Game Drive for Xbox and she told him that she was unaware either of those two items existed and they did not belong to her.  SA Macdonald also told me that A. B. advised that everything on the television console, excluding the Nintendo DS, belonged to KING and he was the only person who used and installed the electronics on the TV console.

14. I reapproached KING and asked if he would be provide the password for a secure folder on his Samsung cellular phone, which he provided.  KING also gave verbal consent for the FBI to search contents of applications that reside on his cellular phone.  I showed KING the Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM.  KING then provided the following information:

      a.    When asked what other type of hard drives have the same type of material on it, referring to child pornography, KING responded "there's nothing else, nothing." KING stated the hard drive was hooked to his gaming console and he is the only one who uses the gaming console. When asked if it was his hard drive, KING responded "if it's in my house, I guess it's my hard drive."

      b.    KING has never put child pornography on the hard drive and does not know why there is child pornography on it.

15.    A few moments later, the interview of KING was terminated.

16.    I have observed the Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM that has trade inscriptions that read "Assembled in China" and "Product of China (HDD)."

17.    Later on November 18, 2021, I spoke with Assistant United States Attorney (AUSA) D. Rodney Brown by telephone and advised him of, among other things, the information set forth above, and AUSA Brown authorized the arrest of KING for knowing possession of child pornography.

18.    Based upon the foregoing facts, I have probable cause to believe that on or about November 18, 2021, in the Middle District of Florida, MICHAEL RAY KING did knowingly possess a matter, that is, a Seagate Game Drive for Xbox, model number SRD0NF1, serial number NZ0732KM, which contained visual depictions that had been produced using materials that had been shipped and

transported in and affecting interstate and foreign commerce, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, the visual depictions were of such conduct, and at least one of which depictions involved a prepubescent minor, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2).

_____
DANIEL MOXLEY, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
___18th___ day of November, 2021, at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
United States Magistrate Judge

11